## WEAVER v. STATE.
### No. 15192.

Court of Criminal Appeals of Texas.
March 30, 1932.

Rehearing Denied May 4, 1932.

Starnes & McWhirter, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for misapplication of city funds; punishment assessed being confinement in the penitentiary for a term of two years.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## WEAVER v. STATE.
### No. 15193.

Court of Criminal Appeals of Texas.
March 30, 1932.

Rehearing Denied May 4, 1932.

Starnes & McWhirter, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for misapplication of city funds; punishment assessed being confinement in the penitentiary for a term of two years.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## Robert WEAVER v. STATE.
### No. 15194.

Court of Criminal Appeals of Texas.
March 30, 1932.

Rehearing Denied May 4, 1932.

Starnes & McWhirter, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Misapplication of public funds is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The facts heard in the trial court are not brought up for review. The trial was had on a plea of guilty. Nothing appears in the record which would require discussion or warrant a reversal.

The judgment is affirmed.

## WARRICK v. STATE.
### No. 14779.

Court of Criminal Appeals of Texas.
Feb. 10, 1932.

Rehearing Denied April 20, 1932.

